The Honorable Kymberly K. Evanson
Trial Date: 06/04/2024

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMOD CHHETRI,

    Plaintiff,

v.

MANAGED HEALTH CARE ASSOCIATES, INC., a Foreign Profit Corporation,

    Defendant.

Case No. 3:23-cv-05043-KKE

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND CASE SCHEDULE**

This matter having come before the Court on the parties' Stipulated Motion to Continue Trial and Extend Case Schedule, and the Court having reviewed the motion,

**IT IS HEREBY ORDERED** that the Stipulated Motion to Continue Trial and Extend Case Schedule is **GRANTED**.

The Court **ORDERS** the case schedule be amended as follows.

| Event | Date |
| --- | --- |
| JURY TRIAL SET FOR 09:30 am on | **11/18/2024** |
| Length of trial | 5 days |
| Deadline for joining additional parties | 02/26/2024 |

---

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND CASE SCHEDULE - 1**
CASE NO. 3:23-CV-05043-BHS

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

| Deadline for filing amended pleadings | 03/25/2024 |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 04/22/2024 |
| All motions related to discovery must be filed by | 05/22/2024 |
| Discovery must be completed by | 06/21/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)). | 07/22/2024 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 09/19/2024 |
| All motions in limine must be filed by | 10/15/2024 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 10/28/2024 |
| Trial briefs, proposed voir dire questions, and deposition designations due | 11/04/2024 |
| Pretrial conference scheduled at 10:00 am on | 11/08/2024 |

DATED this 29th day of January, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND CASE SCHEDULE - 2**
CASE NO. 3:23-CV-05043-BHS

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

*Presented by:*

*/s/ Alyesha Asghar*
Alyesha Asghar, WSBA #55122
aashgar@littler.com

*/s/ Brian H. Rho*
Brian H. Rho, WSBA #51209
brho@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax:     206.447.6965

*Attorneys for Defendant*
MANAGED HEALTH CARE ASSOCIATES, INC.

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND CASE SCHEDULE - 3**
CASE NO. 3:23-CV-05043-BHS

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on January 29, 2024, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND CASE SCHEDULE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

**Plaintiff's Counsel of Record**

Sue-Del McCulloch, WSBA #32667
Law Offices of Sue-Del McCulloch LLC
111 SW Columbia St., Suite 1010
Portland, OR 97201
Tel: 503-221-9706
Fax: 503-821-6018
sdmcculloch@sdmlaw.net
anderson@sdmlaw.net

| | |
|---|---|
| ☐ | **EMAIL** to the email address(es) of the person(s) set forth above, *as a courtesy copy.* |
| ☒ | **EMAIL** to the email address(es) of the person(s) set forth above, *pursuant to the parties' agreement to electronic service.* |
| ☐ | **U.S. MAIL** by placing a true copy for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Seattle, Washington addressed as set forth above. |
| ☐ | **FEDEX DELIVERY** by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth above. |
| ☐ | **PERSONAL DELIVERY** by causing a copy of the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth above. |

I certify under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on January 29, 2024, at Seattle, Washington.

*/s/ Katie Angelikis*
Katie Angelikis
kangelikis@littler.com
**LITTLER MENDELSON, P.C.**

4881-3219-8304.1 / 080455-1018

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND CASE SCHEDULE - 4**
CASE NO. 3:23-CV-05043-BHS

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300