UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMOND CHHETRI,<br>             Plaintiff,<br>v.<br><br>MANAGED HEALTH CARE ASSOCIATES INC,<br>             Defendant. | CASE NO. C23-5043-KKE<br><br>ORDER |

This matter comes before the Court on Defendant's motion to modify the case schedule. Dkt. No. 17. The Court, having reviewed the briefing of both parties (Dkt. Nos. 17–21) and the balance of the docket orders as follows:

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Case Scheduling Order is **GRANTED**.

**IT IS FURTHER ORDERED** that all deadlines in the Court's previous scheduling order (Dkt. No. 16) that pre-date the Discovery deadline (June 21, 2024) are **STRICKEN.**

The clerk will issue an amended case scheduling order.

Dated this 27th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1